STEVEN JACOBS
State Bar #76871
LAW OFFICES OF STEVEN JACOBS
A Professional Corp.
14895 E. 14th St., Ste. 390
San Leandro, CA 94578

(510) 357-1499
(510) 357-5838 Fax
sj@stevenjacobsbk.com

Attorney for Debtors

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

In re:

BALDEV BABBAR and
KAILASH BABBAR,

      Debtors.
_____/

CASE NO. 10-71963 RLE13
Chapter 13

MOTION TO DISCUSS AND APPROVE ENTRY INTO A LOAN MODIFICATION OF EXISTING MORTGAGE

1. The Debtors, BALDEV BABBAR and KAILASH BABBAR, are the petitioners and the Debtors in a Chapter 13 bankruptcy case, which was filed on October 18, 2010 and confirmed on January 26, 2011.

2. The Debtors, BALDEV BABBAR and KAILASH BABBAR, herein seek by and through their attorney of record, STEVEN JACOBS, ESQ., Court approval to discuss the terms of and enter into a loan modification of their first mortgage securing Debtors' residence located at 116 Oakcrest Ct., Danville, CA 94526 (hereinafter referred to as "property"). This is not an approval of the terms of any loan modification, but only approval to discuss the terms of and enter into a loan modification.

////

3. The property is encumbered by a first deed of trust held by Wachovia Mortgage, Account No. 0046731394. Attached hereto as Exhibit A is a copy of the proposed modification.

4. The loan modification will not alter or affect the status or priority of any other existing lien(s) on the real property.

5. Upon finalization of the loan modification, Wachovia Mortgage must either file an amended proof of claim or withdraw their filed proof of claim within 30 days of the closing of the loan modification transaction.

6. The Debtors have not been required to pay any additional upfront attorney fees to submit this request to discuss and enter into a loan modification with their lender.

WHEREFORE, the Debtors request that they be allowed to discuss the terms of and enter into a modification of the terms of their existing secured mortgage with Wachovia Mortgage for the real property located at 116 Oakcrest Ct., Danville, CA 94526, County of Contra Costa, and for such other and further relief as the Court Deems just and proper.

Dated: June 7, 2011 **/s/ Steven Jacobs**
Steven Jacobs
Attorney for Debtors